KEVIN V. RYAN (California State Bar No. 118321)
United States Attorney
JAY R. WEILL (California State Bar No. 75434)
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER (California State Bar No. 95024)
Assistant United states Attorney
  10th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6888

Attorneys for the United States of America

THOMAS R. HOGAN, SBN 042048
LESLIE HOLMES, SBN 192608
MARK V. BOENNIGHAUSEN, SBN 142147
HOGAN HOLMES & USOZ LLP
333 WEST SANTA CLARA STREET, SUITE 800
SAN JOSE, CA 95113
TELEPHONE: (408) 292-7600
FACSIMILE: (408) 292-7611

ATTORNEYS FOR PLAINTIFF
HEWLETT-PACKARD COMPANY

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*E-FILED - 6/1/05*

| | | |
|---|---|---|
| HEWLETT-PACKARD COMPANY CO., | ) | |
| | ) | |
| Plaintiff, | ) | NO. C-04-03832-RMW |
| | ) | |
| v. | ) | STIPULATION RE MOVING SUMMARY JUDGMENT HEARING DATE FROM JUNE 10, 2005 TO JUNE 24, 2005 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | AND ORDER |
| Defendant. | ) | |

Per the request of defendant United States of America, IT IS HEREBY AGREED

AND STIPULATED between plaintiff and defendant, by their attorneys of record, that the date

STIPULATION RE: SUMMARY JUDGMENT HEARING DATE                                    -1-
Case No. C-04-03832 RMW

for plaintiff Hewlett-Packard Company's ("HP") motion for summary judgment shall be moved from June 10, 2005 to June 24, 2005. Whereas HP has already filed its moving papers, the United States opposition to HP's motion for summary judgment is now due on June 3, 2005, with HP's reply due on June 10, 2005.

Dated: 5/24/05

KEVIN V. RYAN
United States Attorney

DAVID L. DENIER
Assistant United States Attorney
Tax Division

Dated: 5/25/05

LESLIE HOLMES
MARK V. BOENNIGHAUSEN
Attorney for Plaintiff

# ORDER

Pursuant to the Stipulation of the Parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing date for plaintiff HP's motion for summary judgment will be moved from June 10, 2005 to June 24, 2005.

Dated: 6/1/05

/S/ RONALD M. WHYTE
UNITED STATES DISTRICT COURT