1  KEVIN V. RYAN (California State Bar No. 118321)
   United States Attorney
2  JAY R. WEILL (California State Bar No. 75434)
   Assistant United States Attorney
3  Chief, Tax Division
   DAVID L. DENIER (California State Bar No. 95024)
4  Assistant United states Attorney
     10th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6888

7  Attorneys for the United States of America

8  THOMAS R. HOGAN, SBN 042048
   LESLIE HOLMES, SBN 192608
9  MARK V. BOENNIGHAUSEN, SBN 142147
   HOGAN HOLMES & USOZ LLP
10 333 WEST SANTA CLARA STREET, SUITE 800
   SAN JOSE, CA 95113
11 TELEPHONE: (408) 292-7600
   FACSIMILE: (408) 292-7611
12

13 ATTORNEYS FOR PLAINTIFF
   HEWLETT-PACKARD COMPANY
14

15

16              IN THE UNITED STATES DISTRICT COURT FOR THE

17                    NORTHERN DISTRICT OF CALIFORNIA

18                           SAN JOSE DIVISION

19

20

21                                              *E-FILED - 8/18/05*

22 HEWLETT-PACKARD COMPANY CO.,      )
                                     )
23        Plaintiff,                 )   NO. C-04-03832-RMW
                                     )
24     v.                            )   STIPULATION RE CONTINUING
                                     )   AUGUST 19, 2005 CASE MANAGEMENT
25 UNITED STATES OF AMERICA,         )   CONFERENCE AND
                                     )   ORDER
26        Defendant.                 )
                                     )
27                                   )

28
              As the parties need more time to complete their negotiations on stipulating to the

STIPULATION RE: AUGUST 19, 2005 CMC       -1-
Case No. C-04-03832 RMW

Dr

amount of damages in this action, as contemplated by the Court's August 5, 20005 order,  IT IS HEREBY AGREED AND STIPULATED between plaintiff and defendant, by their attorneys of record, that the date for the Case Management Conference in  this action be continued from Friday, August 19, 2005 until Friday, September 2, 2005.  The parties expect to complete a stipulation prior to September 2, 2005, thereby allowing the court to vacate that date.

                                KEVIN V. RYAN  
                                United States Attorney

Dated: _8/18/2005_        _s/ __David Denier  
                                DAVID L. DENIER  
                                Assistant United States Attorney  
                                Tax Division

Dated: 8/18/2005

                                ___s/ Mark V. Boennighausen_  
                                LESLIE HOLMES  
                                MARK V. BOENNIGHAUSEN  
                                Attorney for Plaintiff

## **O R D E R**

Pursuant to the Stipulation of the Parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the parties Case Management Conference is continued until September 2, 2005, unless the parties submit a stipulation on damages prior to that date in which case the conference will be vacated and a judgment entered in the case.

Dated: 8/18/05                          /S/ RONALD M. WHYTE  
                                          UNITED STATES DISTRICT COURT