1  KEVIN V. RYAN (California State Bar No. 118321)
   United States Attorney
2  JAY R. WEILL (California State Bar No. 75434)
   Assistant United States Attorney
3  Chief, Tax Division
   DAVID L. DENIER (California State Bar No. 95024)
4  Assistant United states Attorney
     10th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone:  (415) 436-6888

7  Attorneys for the United States of America

8  THOMAS R. HOGAN, SBN 042048
   LESLIE HOLMES, SBN 192608
9  MARK V. BOENNIGHAUSEN, SBN 142147
   HOGAN HOLMES & USOZ LLP
10 333 WEST SANTA CLARA STREET, SUITE 800
   SAN JOSE, CA 95113
11 TELEPHONE: (408) 292-7600
   FACSIMILE:  (408) 292-7611
12

13 ATTORNEYS FOR PLAINTIFF
   HEWLETT-PACKARD COMPANY
14

15

16                    IN THE UNITED STATES DISTRICT COURT FOR THE

17                           NORTHERN DISTRICT OF CALIFORNIA

18                                   SAN JOSE DIVISION

19

20

21                                              *E-FILED - 9/1/05*

22 HEWLETT-PACKARD COMPANY CO.,     )
                                    )
23          Plaintiff,              )   NO. C-04-03832-RMW
                                    )
24     v.                           )   **STIPULATION RE CONTINUING**
                                    )   **SEPTEMBER 2, 2005 CASE**
25 UNITED STATES OF AMERICA,        )   **MANAGEMENT CONFERENCE AND**
                                    )   **ORDER**
26          Defendant.              )
                                    )
27                                  )

28
              Though the parties have made substantial progress in reaching agreememnt on the

STIPULATION RE: SEPTEMBER 2, 2005 CMC      -1-
Case No. C-04-03832 RMW

Dr

amount of damages in this action as contemplated by the Court's August 5, 2005 order, they still need more time to complete their negotiations and analysis. THEREFORE, IT IS HEREBY AGREED AND STIPULATED between plaintiff and defendant, by their attorneys of record, that the date for the Case Management Conference in this action be continued from Friday, September 2, 2005 until Friday, October 14, 2005.  The parties now expect to complete a damage stipulation prior to this new date, thereby allowing the court to vacate that date.

                                                KEVIN V. RYAN
                                                United States Attorney

Dated: 9/ _1__2005                   __s/David Denier___
                                                DAVID L. DENIER
                                                Assistant United States Attorney
                                                Tax Division

Dated: 9/__1__/2005

                                         ___s/Mark Boennighausen_____
                                         LESLIE HOLMES
                                         MARK V. BOENNIGHAUSEN
                                         Attorney for Plaintiff

### **O R D E R**

Pursuant to the Stipulation of the Parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the parties Case Management Conference is continued until October 14, 2005, unless the parties submit a stipulation on damages prior to that date in which case the conference will be vacated and a judgment entered in the case.

Dated: __9/1/05___                         _____
                                         UNITED STATES DISTRICT COURT

